# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROSLYN R. THOMPSON  
3771 ALLENHURST LANE  SSN-xxx-xx-3272  
ROCKFORD, IL  61101

Case Number: 07-71068

Case filed on: 5/1/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,262.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 999 | ROSLYN R. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,500.00 | 2,500.00 | 220.74 | 84.64 |
| 002 | NATIONAL CITY MORTGAGE COMPANY | 14,224.98 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK NA | 23,445.64 | 21,920.00 | 2,007.19 | 741.23 |
|  | Total Secured | 40,170.62 | 24,420.00 | 2,227.93 | 825.87 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK NA | 0.00 | 1,525.64 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANDERSON, CRENSHAW & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 173.44 | 173.44 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 654.22 | 654.22 | 0.00 | 0.00 |
| 008 | COMED CO | 332.20 | 332.20 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 400.05 | 400.05 | 0.00 | 0.00 |
| 012 | GENERAL SERVICE BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JAMIE L. MILOS, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MARK MILANI DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 840.38 | 840.38 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 263.35 | 263.35 | 0.00 | 0.00 |
| 019 | REBOUND PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 2,536.04 | 2,536.04 | 0.00 | 0.00 |
| 021 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | UNITED CREDIT NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | YOUNKERS / HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RJM ACQUISITIONS FUNDING LLC | 104.78 | 104.78 | 0.00 | 0.00 |
| 025 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 1,053.77 | 1,053.77 | 0.00 | 0.00 |
| 026 | LVNV FUNDING LLC | 75.95 | 75.95 | 0.00 | 0.00 |
|  | Total Unsecured | 6,434.18 | 7,959.82 | 0.00 | 0.00 |
|  | Grand Total: | 48,604.80 | 34,379.82 | 2,227.93 | 825.87 |

Total Paid Claimant:    $3,053.80  
Trustee Allowance:      $208.70          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By   /s/Heather M. Fagan